## TORRENS v. PROCTOR.

### No. 8305.

United States Court of Appeals for the
District of Columbia.

Decided Dec. 14, 1942.

Mr. Thomas B. Scott, with whom Mr.
Harvey C. Beavers, both of Washington,
D. C., was on the brief, for appellant.

Mr. William E. Carey, Jr., of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and
MILLER and EDGERTON, Associate Justices.

PER CURIAM.

On July 15, 1940, an action was commenced by appellee in the District Court
for damages alleged to have resulted from
an automobile accident. On November 24,
1941, a consent judgment was entered in
favor of appellee and against appellant.
On January 23, 1942, appellant filed a
motion in the District Court to set aside
and vacate the consent judgment. A
hearing was held upon this motion and evidence taken, following which, on May 21,
1942, the motion was denied. This appeal
followed.

The question presented for determination
by the District Court was whether appellant
had authorized his attorney, Hawken, to
enter into the consent judgment. The evidence was conflicting upon this point and
the District Court, after hearing the evidence and seeing the witnesses, decided
that the consent judgment was entered with
the full knowledge, consent and approval of
appellant. The record clearly reveals
ample evidence to support this finding and
the judgment.

Affirmed.